UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MENASHA SANDERS,

    Plaintiff,

v.                        Case No. 2:20-cv-788-SPC-NPM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

Before the Court is Defendant's Opposed Motion for Stay of Proceedings (Doc. 15). No response was filed and the time to respond has lapsed.

Previously, Defendant requested an extension of time until January 27, 2021 to file a response to the Complaint. (Doc. 13). The Court granting the unopposed request. (Doc. 14). Now Defendant requests the Court stay the proceedings for ninety days or until such time as the Agency regains capacity to produce a certified transcript of the administrative record necessary to draft an answer and adjudicate the case. (Doc. 15, p. 1). Due to the current situation in this country, Defendant represents the Agency has transitioned to a telework environment, but encountered difficulties that impact the operations of the Social Security Administration's Office of Appellate Operations. (*Id.*, pp. 1-3). While Plaintiff opposes the ninety-day stay,

Plaintiff is agreeable to a sixty-day extension. (Doc. 15, p. 3). After considering the motion, the Court will stay this action for sixty days.

Accordingly, the Opposed Motion for Stay of Proceedings (Doc. 15) is **GRANTED in part**. The Court extends the deadline for Defendant to file a certified transcript and answer to **March 29, 2021**. No further extensions will be granted without a detailed and case-specific showing that the Commissioner made a diligent effort to comply with the Court's deadline.

**DONE** and **ORDERED** in Fort Myers, Florida on February 4, 2021.

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE